# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  1:26-cv-02985-JLT-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE |
| v. | |
| VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, et al., | **DEADLINE: JULY 13, 2026** |
| Defendants. | |

On April 20, 2026, Plaintiff commenced this action.  (ECF No. 1.)  As relevant here, on May 29, 2026, the assigned District Judge issued partial judgments as to certain Defendants. (ECF No. 21, 22.)  Thereafter, on June 24, 2026, Plaintiff requested an entry of default as to all remaining Defendants, except Defendant Vanessa Medlock, which the Clerk of the Court entered. (ECF Nos. 24, 25.)  On June 26, 2026, the Court directed Plaintiff to file a motion for default judgement within sixty days.  (ECF No. 26.)  On June 30, 2026, Plaintiff filed a status report discussing that it had not sought an entry of default as to Defendant Medlock because she has approached Plaintiff about a potential resolution of the litigation.  (ECF No. 27.)  Plaintiff asserted that "[it] does not intend to seek entry of default against Ms. Medlock until it concludes those discussions."  (Id.)

The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered.  At this time, the only remaining Defendant has not

answered or otherwise appeared.  Furthermore, given the unique circumstances of this case, the Court will entertain argument on whether to vacate the initial scheduling conference.

Therefore, IT IS HEREBY ORDERED that **on or before July 13, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the remaining defendant to appear in this action; and/or whether the Court should vacate the initial scheduling conference, to be reset should an extrajudicial resolution with Defendant Medlock prove unfruitful.

IT IS SO ORDERED.

Dated:    **July 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge