# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, et al.,

Defendants.

Case No. 1:26-cv-02985-JLT-SAB

ORDER VACATING AUGUST 6, 2026 INITIAL SCHEDULING CONFERENCE AND DIRECTING PLAINTIFF TO FILE STATUS REPORT

(ECF No. 29)

On July 6, 2026, the Court directed Plaintiff to file a status report regarding the readiness to proceed with an initial scheduling conference in this matter. (ECF No. 28.) In that order, the Court observed that on May 29, 2026, the assigned District Judge issued partial judgments as to certain Defendants. (ECF No. 21, 22.) Thereafter, on June 24, 2026, Plaintiff requested an entry of default as to all remaining Defendants, except Defendant Vanessa Medlock, which the Clerk of the Court entered. (ECF Nos. 24, 25.) On June 26, 2026, the Court directed Plaintiff to file a motion for default judgement within sixty days. (ECF No. 26.) On June 30, 2026, Plaintiff filed a status report discussing that it had not sought an entry of default as to Defendant Medlock because she has approached Plaintiff about a potential resolution of the litigation. (ECF No. 27.) Plaintiff asserted that "[it] does not intend to seek entry of default against Ms. Medlock until it concludes those discussions." (Id.)

On July 13, 2026, Plaintiff timely filed a status report (ECF No. 29) and has suggested that the Court vacate the initial scheduling conference in order to allow for settlement discussions to continue between Plaintiff and Defendant Medlock. Plaintiff also suggests that the Court set a status report deadline of 60 days regarding the settlement discussions.

The Court agrees with Plaintiff. Accordingly, the Court VACATES the August 6, 2026 initial scheduling conference. Plaintiff shall file a status report within **sixty (60) days** of the entry of this order regarding the status of settlement between Plaintiff and Defendant Medlock. Thereafter, the Court will determine whether to impose a recurring status report schedule or place the initial scheduling conference back on calendar.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge