# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, et al.,<br>Defendants. | Case No. 1:26-cv-02985-JLT-SAB<br>ORDER RE: EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT<br>(ECF No. 31) |

On July 22, 2026, Plaintiff filed for an extension of time to file a motion for default judgment, requesting that the deadline be extended ninety (90) days after Defendant Hardcastle's criminal sentencing, currently set for October 19, 2026. (ECF No. 31.) For good cause shown, the Court GRANTS the request and ORDERS that Plaintiff shall have through **January 18, 2027**, to file a motion for default judgment. Any further request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **July 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge