# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, et al.,<br>Defendants. | Case No. 1:26-cv-02985-JLT-SAB<br>ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT WITHIN 60 DAYS OF THIS ORDER<br>(ECF Nos. 30, 33.) |

On July 14, 2026, the Court ordered Plaintiff to file a status report regarding the status of settlement between Plaintiff and Defendant Vanessa Medlock. (ECF No. 30.) On September 11, 2026, Plaintiff filed a status report indicating that Plaintiff and Defendant Medlock have continued to engage in settlement discussions but require additional time. (ECF No. 33.) Plaintiff therefore requests an additional sixty days to file a status report. (Id.) The Court finds the request appropriate. Accordingly, Plaintiff shall file a status report within **sixty (60) days** of the entry of this order regarding the status of settlement between Plaintiff and Defendant Medlock.

IT IS SO ORDERED.

Dated: **September 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge